# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146299 & (103)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITIZENS INSURANCE COMPANY OF
AMERICA, and STATE FARM FIRE AND
CASUALTY COMPANY,
       Plaintiffs-Appellees,
       Cross-Appellants,
and

AUTO CLUB GROUP INSURANCE
ASSOCIATION, WESTFIELD INSURANCE
COMPANY, and ALLSTATE INSURANCE
COMPANY,
       Plaintiffs-Appellees,
and

HARTFORD FIRE INSURANCE COMPANY,
       Plaintiff-Appellant,
       Cross-Appellee,

v

PROFESSIONAL TEMPERATURE HEATING
AND AIR CONDITIONING, INC.,
       Defendant-Appellee.

SC: 146299
COA: 300524
Oakland CC: 2008-096006-NZ
          2009-098423-CK
          2009-100362-CZ

_____/

       On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
              Clerk

t0325